1 | MICHAEL J. BETTINGER (STATE BAR NO. 122196)
LISA MARIE SCHULL (STATE BAR NO. 196132)
2 | PRESTON GATES & ELLIS LLP
55 Second Street, Suite 1700
3 | San Francisco, CA 94105-3493
Phone: (415) 882-8200
4 | Fax: (415) 882-8220

5 | DAVID T. MCDONALD (*PRO HAC VICE*)
PRESTON GATES & ELLIS LLP
6 | 925 4th Avenue, Suite 2900
Seattle, WA 98104-1158
7 | Phone: (206) 623-7580
Fax: (206) 623-7022
8
Attorneys for Defendant
9 | MICROSOFT CORPORATION

10

11 | UNITED STATES DISTRICT COURT

12 | NORTHERN DISTRICT OF CALIFORNIA

13 | SAN FRANCISCO DIVISION

14

| | |
|---|---|
| 15  CAD SYSTEMS UNLIMITED, INC., a California corporation, | Case No.: C 06-0927 JSW |
| 16 | [~~PROPOSED~~] **ORDER GRANTING APPLICATION FOR ADMISSION OF DAVID T. MCDONALD PRO HAC VICE** |
| 17   Plaintiff, | |
| 18   vs. | |
| 19  VISIO CORPORATION, a Washington corporation; MICROSOFT CORPORATION, a Washington corporation, | |
| 20 | |
| 21   Defendants. | |

22

23   David T. McDonald, an active member in good standing of the bar of the State of

24   Washington, Western District of Washington, Ninth Circuit and the Supreme Court, having applied

25   in the above-entitled action for admission to practice in the Northern District of California on a *pro*

26   *hac vice* basis, representing defendant Microsoft Corporation.

27

28

1    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
3 *vice*. Service of papers upon and communication with co-counsel designated in the application will
4 constitute notice to the party. All future filings in this action are subject to the requirements
5 contained in General Order No. 45, *Electronic Case Filing*.

6

7 DATED: March 14, 2006

8
9                                                       By: _____/s/ Jeffrey S. White_____
                                                              Hon. Jeffrey S. White
10                                                            United States District Court Judge

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING APPLICATION              2                    PRINTED ON RECYCLED PAPER
FOR ADMISSION OF DAVID T. MCDONALD
*PRO HAC VICE*
Case No. 04-2928 JW (HRL)