MICHAEL J. BETTINGER (State Bar No. 122196)
RACHEL R. DAVIDSON (State Bar No. 215517)
PRESTON GATES & ELLIS LLP
55 Second Street, Suite 1700
San Francisco, CA 94105
Phone: (415) 882-8200
Fax: (415) 882-8220
mikeb@prestongates.com

DAVID T. MCDONALD (*PRO HAC VICE*)
KRISTIN J. BORAAS (*PRO HAC VICE*)
PRESTON GATES & ELLIS, LLP
925 4th Avenue, Suite 2900
Seattle, WA 98104-1158
Phone: (206) 623-7580
Fax: (206) 623-7022
davidm@prestongates.com

Attorneys for Defendant
MICROSOFT CORPORATION

GEORGE FROST (State Bar No. 178528)
LAW OFFICES OF GEORGE FROST
2930 Magnolia Street
Berkeley, CA 94705
Phone: (510) 666-0141
Fax: (415) 247-6001

Attorneys for Plaintiff
CAD SYSTEMS UNLIMITED, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAD SYSTEMS UNLIMITED, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　Defendants. | Case No. C 06-0927 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO COMPLETE PRIVATE MEDIATION** |

---

STIPULATION AND [PROPOSED] ORDER TO
EXTEND TIME TO COMPLETE PRIVATE MEDIATION
Case No. C 06-0927 JSW

1

PRINTED ON RECYCLED PAPER

1  Subject to the approval of the Court, the parties to this action, CAD Systems Unlimited, Inc.
2  and Microsoft Corporation, by and through their respective counsel, hereby request and stipulate to
3  continue the date by which the parties must complete private mediation.
4  Pursuant to the Court's May 15, 2006 Initial Case Management Order, the parties are currently
5  required to complete private mediation by August 1, 2006.  The parties, however, have secured a
6  mediation date on August 22, 2006 in front of Judge William J. Cahill.  The parties were unable to
7  obtain an earlier date convenient to the parties and Judge Cahill.  Accordingly, the parties request that
8  the date by which they must complete private mediation, currently scheduled for August 1, be
9  continued to August 22.

DATED:  July 18, 2006    PRESTON GATES & ELLIS LLP

By      /s/
   Michael J. Bettinger
   Attorneys for Defendant
   MICROSOFT CORPORATION

DATED:  July 18, 2006    LAW OFFICES OF GEORGE FROST

By      /s/
   George Frost
   Attorneys for Plaintiff
   CAD SYSTEMS UNLIMITED, INC

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS ORDERED that the last day for CAD Systems Unlimited, Inc. and Microsoft Corporation to complete private mediation is continued from August 1, 2006 to August 25, 2006.

_____
Honorable Jeffrey S. White
U.S. District Court Judge