GEORGE FROST (State Bar No. 178528)
LAW OFFICES OF GEORGE FROST
2930 Magnolia Street
Berkeley, CA 94705
Phone: (510) 666-6001
Fax: (415) 247-6001
geofrost@comcast.net

Attorneys for Plaintiff
CAD SYSTEMS UNLIMITED, INC.

MICHAEL J. BETTINGER (State Bar No. 122196)
PRESTON GATES & ELLIS LLP
55 Second Street, Suite 1700
San Francisco, CA 94105
Phone: (415) 882-8200
Fax: (415) 882-8220
mikeb@prestongates.com

Attorneys for Defendant
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAD SYSTEMS UNLIMITED, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VISIO CORPORATION, a Washington corporation; MICROSOFT CORPORATION, a Washington corporation,<br><br>Defendants. | Case No. C 06-0927 JSW<br><br>**[PROPOSED] ORDER AND STIPULATED DISMISSAL WITHOUT PREJUDICE OF DEFENDANT VISIO CORPORATION** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiff CAD Systems Unlimited, Inc. ("CAD Systems") and defendant Microsoft Corporation ("Microsoft") hereby stipulate to the voluntary dismissal without prejudice of Visio Corporation ("Visio") as a defendant in this action. The parties so stipulate because, (1) after its acquisition by Microsoft, Visio ceased to

exist as a separate corporate entity, and (2) Microsoft agrees that it is the real defendant party in interest in this litigation.

DATED: May 22, 2006    LAW OFFICES OF GEORGE FROST

By _____/s/_____
George Frost
Attorneys for Plaintiff
CAD SYSTEMS UNLIMITED, INC

DATED: May 22, 2006    PRESTON GATES & ELLIS LLP

By _____/s/_____
Michael J. Bettinger
Attorneys for Defendant
MICROSOFT CORPORATION

IT IS SO ORDERED.

DATED: May 24, 2006    _____/s/ Jeffrey S. White_____
United States District Judge

[PROPOSED] ORDER AND STIPULATED DISMISSAL
WITHOUT PREJUDICE OF DEFENDANT VISIO CORPORATION
Case No.: C 06-0927 JSW

2    PRINTED ON RECYCLED PAPER