1  MICHAEL J. BETTINGER (State Bar No. 122196)
   RACHEL R. DAVIDSON (State Bar No. 215517)
2  PRESTON GATES & ELLIS LLP
   55 Second Street, Suite 1700
3  San Francisco, CA 94105
   Phone:    (415) 882-8200
4  Fax:      (415) 882-8220
   mikeb@prestongates.com
5
6  DAVID T. MCDONALD (*PRO HAC VICE*)
   KRISTIN J. BORAAS (*PRO HAC VICE*)
7  PRESTON GATES & ELLIS, LLP
   925 4th Avenue, Suite 2900
   Seattle, WA 98104-1158
8  Phone:    (206) 623-7580
   Fax:      (206) 623-7022
9  davidm@prestongates.com

10 Attorneys for Defendant
   MICROSOFT CORPORATION
11
12 GEORGE FROST (State Bar No. 178528)
   LAW OFFICES OF GEORGE FROST
   2930 Magnolia Street
13 Berkeley, CA 94705
   Phone:    (510) 666-0141
14 Fax:      (415) 247-6001

15 Attorneys for Plaintiff
   CAD SYSTEMS UNLIMITED, INC.

16

## UNITED STATES DISTRICT COURT

17

## NORTHERN DISTRICT OF CALIFORNIA

18

## SAN FRANCISCO DIVISION

19

| | |
|---|---|
| 20 CAD SYSTEMS UNLIMITED, INC., a California corporation, | Case No. C 06-0927 JSW |
| 21 | |
| Plaintiff, | ~~[PROPOSED]~~ **ORDER OF** |
| 22 | **DISMISSAL, WITH PREJUDICE,** |
| vs. | **PURSUANT TO STIPULATION** |
| 23 | |
| 24 MICROSOFT CORPORATION, a Washington corporation, | |
| 25 | |
| Defendants. | |

26  / / /

27  / / /

28  / / /

1         WHEREAS the parties have reached an agreement settling the above-entitled action,

2         IT IS HEREBY STIPULATED AND AGREED by and between the parties to this

3 action, through their respective counsel, as follows:

4      1.     This action shall be DISMISSED, with prejudice.

5      2.     Each party shall bear its own fees and costs.

6

7 DATED: September 22, 2006             /s/

                                Michael J. Bettinger

8                               Attorneys for Defendant

                               MICROSOFT CORPORATION

9

10 DATED: September 22, 2006            /s/

11                               George Frost

                               Attorneys for Plaintiff

12                               CAD SYSTEMS UNLIMITED, INC

13

14      PURSUANT TO STIPULATION OF THE PARTIES, THE ABOVE ENTITLED ACTION IS

15 DISMISSED, WITH PREJUDICE.  EACH PARTY SHALL BEAR ITS OWN FEES AND COSTS.

16

17 IT IS SO ORDERED.

18 DATED: ~~September   , 2006~~

19       January 30, 2007                    U.S. District Court Judge

20

21

22

23

24

25

26

27

28